No. 27,039.

In re Disbarment of FORREST B. ANDERSON.

SYLLABUS BY THE COURT.

ATTORNEY AND CLIENT—*Disbarment—Sufficiency of Evidence.* In a disbarment proceeding, the evidence considered and held sufficient to warrant disbarment of the accused from the practice of law in this state.

Original proceeding in disbarment. Opinion filed January 8, 1927. Order of disbarment entered.

*Charles B. Griffith,* attorney-general, and *James A. Troutman,* of Topeka, for the accusers.

*E. A. Enright,* of Kansas City, for the accused.

The opinion of the court was delivered by

HOPKINS, J.: This is a disbarment proceeding filed against the accused by the state board of law examiners March 19, 1926. The complaint contained various charges of dishonorable and nonprofessional conduct on the part of the accused, among which were soliciting business and fraud and deceit.

The Hon. Henderson Martin, of Lawrence, was appointed commissioner, heard evidence, made a painstaking personal examination into all the charges touching the conduct of the accused, and reported thereon. The matter was ably presented on oral argument and has had careful consideration in all its details. A recapitulation of the evidence and commissioner's report is not necessary and would serve no useful purpose. The charges are fully sustained, and it is proper that an order of disbarment of the accused from the practice of law in this state should be entered.

It is so ordered.

Attorney and Client, 6 C. J. pp. 588 n. 48, 598 n. 37.